# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CASE NO.

|  |  |
|---|---|
| Plaintiff(s), | ) ) ) ) |
| v. | ) ) ) ) |
| Defendant(s). | ) |

## DISCLOSURE BY NON-GOVERNMENTAL CORPORATE PARTY
## OF CORPORATE AFFILIATIONS AND OTHER ENTITIES
## WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

This disclosure must be filed on behalf of each nongovernmental corporate entity that is a party to the action. Counsel has a continuing duty to update this information. An executed form should be electronically-filed. Plaintiff or the moving party must serve this form on the defendant(s) or respondent(s) when initial service is made.

_____ who is _____
*(Name of Party)*                                                          *(Plaintiff / moving party or defendant)*

makes the following disclosure:

1. Is the party a publicly held corporation or other publicly-held entity?
   Yes          No

2. Does the party have any parent corporations?
   Yes          No

   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of a party owned by a publicly-held corporation or other publicly-held entity?
   Yes          No

   If yes, identify all such owners:

NCWD-Corporate Disclosure – Sept. 2016

4. Is there any other publicly-held corporation or other publicly-held entity that has a direct financial interest in the outcome of the litigation?
   Yes             No

   If yes, identify the entity and the nature of its interest:

5. Is the party a trade association?
   Yes             No

   If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If the case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors' committee:

s/_____          _____
Signature of Attorney                        Date