IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-00318-DSC

| | |
|---|---|
| KENNETH ROBINSON et. al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| PRIORITY HONDA et. al. ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Michael P. Gardner and Leah M. Stiegler]" (documents ##21-22) filed January 8, 2021. For the reasons set forth therein, the Motions will be <u>granted</u>

The Clerk is directed to send copies of this Order to counsel for the parties.

**SO ORDERED**.

Signed: January 8, 2021

David S. Cayer
United States Magistrate Judge