# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

KENNETH ROBINSON and )
CHRISTOPHER HALL, )
          )
       **Plaintiffs,** )
v. )
          )
      Case No.: 3:20-cv-00318
**PRIORITY HONDA d/b/a PRIORITY** )
**HONDA HUNTERSVILLE and JAMES** )
**BECKLEY,** )
       **Defendants.** )
          )
          )

## <u>DECLARATION OF ATTORNEY PHILIP J. GIBBONS, JR.</u>

I, Philip J. Gibbons, Jr., declare under the penalty of perjury that the following statements are true and accurate, that I am over 18 years of age and otherwise competent to testify as to the matters contained herein, and that if called to testify in this matter, my testimony would be as follows:

1. I am admitted and in good standing to practice law in North Carolina, including the United States District Court for the Western District of North Carolina.

2. I represent Defendant James Beckley ("Beckley") in the above-captioned matter.

3. Beckley served discovery consisting of requests for production of documents and interrogatories on August 20, 2020. Plaintiffs responded to Beckley's discovery requests on October 19, 2020. Plaintiffs served discovery consisting of requests for production of documents, interrogatories, and admissions on September 9, 2020. Beckley responded to Plaintiffs' discovery requests on October 2, 2020.

4. The only discovery remaining prior to dispositive motions and trial are scheduled depositions, which will occur approximately 4 weeks after Beckley files this opposition memorandum. The

depositions of Plaintiffs are scheduled on February 17 and 18, 2021. Beckley's deposition is scheduled on February 23, 2021. Plaintiffs have scheduled a Rule 30(b)(6) deposition for February 24, 2021.

5. On December 23, 2020, counsel for Plaintiffs emailed counsel for Priority and Beckley, stating in relevant part:

> Hi All,
> Happy holidays. It came to my attention that we mistakenly failed to respond to Priority's discovery demands in this case. Please see attached. A hard copy has been sent via USPS.
>
> Additionally, as I was going through this file, I realized that a section 1981 was inadvertently excluded from the Complaint. As a heads up, I will be filing a Motion for Leave to Amend the Complaint to include the section 1981 claim. And, I have not received discovery responses from Priority Honda. Please send at your earliest convenience.

A true and accurate copy of this email is attached hereto as Exhibit 1.

6. Counsel for Plaintiffs did not request Beckley's position on Plaintiffs' Motion for Leave to File Second Amended Complaint or confer regarding Plaintiffs' proposed motion.

7. On January 14, 2021, I attempted to confer with counsel for Plaintiffs regarding Plaintiffs' Motion for Leave to File Second Amended Complaint by emailing the following inquiry:

> With regard to your clients' Second Motion to Amend Complaint, is it your intent to add the Section 1981 claim against Priority only, or against both Priority and Mr. Beckley?

A true and accurate copy of this email is attached hereto as Exhibit 2.

8. To date, counsel for Plaintiffs has not responded to the January 14 email described above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of January 2021.

_____
Philip J. Gibbons. Jr.

2

**CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Philip J. Gibbons, Jr.
Philip J. Gibbons, Jr., NCSB #50276

3