EXHIBIT 1

| | |
|---|---|
| **From:** | Alesha Brown |
| **To:** | Tower, King; Philip Gibbons |
| **Cc:** | Alyssa Chapin; Stiegler, Leah |
| **Subject:** | Plaintiffs" Response to Priority Honda"s Discovery and more |
| **Date:** | Monday, December 28, 2020 11:22:40 AM |
| **Attachments:** | image001.png |
| | Robinson"s Resp to Priority Discovery w Exhibits.pdf |
| | Hall"s Resp to Priority"s Discovery w Exhibits.pdf |
| **Importance:** | High |

Hi All,

Happy holidays. It came to my attention that we mistakenly failed to respond to Priority's discovery demands in this case. Please see attached. A hard copy has been sent via USPS.

Additionally, as I was going through this file, I realized that a section 1981 was inadvertently excluded from the Complaint. As a heads up, I will be filing a Motion for Leave to Amend the Complaint to include the section 1981 claim. And, I have not received discovery responses from Priority Honda. Please send at your earliest convenience.

***CONFIDENTIAL SETTLEMENT COMMUNICATION***

Finally, in light of the Affidavit of Kyle Vasquez and Plaintiffs' discovery responses, please advise if you'd like to continue settlement discussions. Plaintiffs are willing to settle this case for ████████ .

Thank you,

AB

**Alesha S. Brown**
*Licensed in North Carolina and New York*
Of Counsel, Attorney at Law
725 East Trade Street, Suite 115
Charlotte, NC 28202
P: (704) 935-2656
F: (704) 626-2620



www.halldixonlaw.com

NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or

its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone (704-935-2656), or by electronic mail (abrown@halldixonlaw.com) and delete this message and all copies and backups thereof. Thank you.