# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

KENNETH ROBINSON and )
CHRISTOPHER HALL, )
       **Plaintiffs,** )
        )
v. )
PRIORITY HONDA d/b/a PRIORITY )
HONDA HUNTERSVILLE and JAMES )
BECKLEY, )
       **Defendants.** )
        )
        )
        )
        )
        )

**Case No.: 3:20-cv-00318**

**DEFENDANT JAMES BECKLEY'S CONSENT MOTION FOR 7-DAY EXTENSION OF DISPOSITIVE MOTION DEADLINE**

Defendant James Beckley, by counsel, hereby submits his Consent Motion for 7-Day Extension of Dispositive Motion Deadline to and including Thursday, April 1, 2021.

1. On February 4, 2021, Plaintiffs filed their Second Amended Complaint, adding a claim of race discrimination and harassment against Defendant Beckley under 42 U.S.C. § 1981. (Dkt. 30.)

2. Under the Pretrial Order and Case Management Plan, the current deadline for Defendant Beckley to file a dispositive motion is March 25, 2021, which time has not yet passed. (Dkt. 15.)

3. Defendant Beckley requests the Court extend the deadline for him to file a dispositive motion by seven days, to and including Thursday, April 1, 2021. The undersigned counsel requires this additional time to finalize Defendant Beckley's defense to the new claims asserted against him in Plaintiffs' Second Amended Complaint.

4. The undersigned counsel contacted Plaintiff's counsel via email requesting Plaintiffs' position on the requested extension. Counsel for Plaintiffs consents to the extension. The undersigned counsel also contacted counsel for Defendant Priority Honda via email requesting Priority Honda's position on the requested extension. Counsel for Priority Honda also consents to

the requested extension.

5.     Defendant Beckley's Motion is submitted in good faith and not with the intention to delay.

WHEREFORE, Defendant Beckley, by and through his undersigned counsel, respectfully moves this Court to extend the Dispositive Motion deadline by seven days, to and including Thursday, April 1, 2021.

Respectfully submitted this day, March 24, 2021.

 /s/ Philip J. Gibbons, Jr.
Philip J. Gibbons, Jr., NCSB #50276
GIBBONS LEIS, PLLC
14045 Ballantyne Corporate Pl., Suite 325
Charlotte, NC  28277
Telephone: (704)-612-0038
Facsimile: (704) 612-0038
phil@gibbonsleis.com

*Attorney for Plaintiff*

# **CERTIFICATE OF SERVICE**

This is to certify that on March 24, 2021, the undersigned filed the foregoing using the Court's CM/ECF system which will send notification of such filing to the appropriate CM/ECF participants.

/s/ Philip J. Gibbons, Jr.
*Attorney for Plaintiff*