# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

KENNETH ROBINSON and )
CHRISTOPHER HALL, )
)
    Plaintiffs, )
)
v. )
)
PRIORITY AUTOMOTIVE )
HUNTERSVILLE, INC. d/b/a PRIORITY )     Case No.: **3:20-cv-00318**
HONDA HUNTERSVILLE, )
)
and )
)
JAMES BECKLEY, )
)
    Defendants.

## PRIORITY'S MOTION FOR SUMMARY JUDGMENT

Defendant Priority Automotive Huntersville, Inc. d/b/a Priority Honda Huntersville (hereinafter "Defendant" or " Priority"), by counsel, pursuant to Federal Rule of Civil Procedure 56, moves for entry of summary judgment in its favor as to all claims asserted by Plaintiffs Kenneth Robinson and Christopher Hall. For the reasons set forth in the accompanying Memorandum of Law in Support of Its Motion for Summary Judgment, Priority respectfully requests that the Court grant this Motion for Summary Judgment in its favor on all claims with prejudice. Priority requests a hearing on the matter as well.

This 25th day of March, 2021.     Respectfully submitted,

<div style="margin-left:40%">

*/s Leah M. Stiegler*

King F. Tower (NC Bar No. 31841)
ktower@woodsrogers.com
Pro hac, Michael P. Gardner, Esq. (VSB No. 80380)
mgardner@woodsrogers.com
Pro hac, Leah M. Stiegler, Esq. (VSB No. 89602)
lstiegler@woodsrogers.com
WOODS ROGERS PLC
P.O. Box 14125
10 South Jefferson Street, Suite 1400
Roanoke, Virginia 24038-4125
Telephone:   (540) 983-7600
Facsimile:    (540) 983-7711

*Counsel for Defendant Priority Honda*

</div>

{2821352-1, 120373-00025-01}2

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that a true copy of **Priority's Motion for Summary Judgment** was delivered to the Clerk of Court on the date below using the CM/ECF Filing system, and shall deliver a copy of the same to counsel of record addressed as follows:

Alesha S. Brown, Esquire
HALL & DIXON, PLLC
725 East Trade Street, Suite 115
Charlotte, NC 28202
Telephone: 704-935-2656
Facsimile: 704-626-2620
abrown@halldixonlaw.com
Attorney for Plaintiffs

Philip J. Gibbons, Jr., Esquire
Corey M. Stanton
Gibbons Leis, PLLC
14045 Ballantyne Corporate Place
Suite 325
Charlotte, North Carolina 28277
Telephone: (704) 625-2834
phil@gibbonsleis.com
corey@gibbonsleis.com
Attorney for Defendant James Beckley

This the 25th day of March, 2021.

*/s Leah M. Stiegler*

King F. Tower (NC Bar No. 31841)
ktower@woodsrogers.com
Pro hac, Michael P. Gardner, Esq. (VSB No. 80380)
mgardner@woodsrogers.com
Pro hac, Leah M. Stiegler, Esq. (VSB No. 89602)
lstiegler@woodsrogers.com
WOODS ROGERS PLC
P.O. Box 14125
10 South Jefferson Street, Suite 1400
Roanoke, Virginia 24038-4125
Telephone: (540) 983-7600
Facsimile: (540) 983-7711

*Counsel for Defendant Priority Honda*

WOODS ROGERS PLC
ATTORNEYS AT LAW

{2821352-1, 120373-00025-01}