# United States District Court
# Western District of North Carolina
# Charlotte Division

| | |
|---|---|
| Kenneth Robinson<br>Christopher Hall**,**<br><br>Plaintiff(s),<br><br>vs.<br><br>Priority Honda<br>James Beckley<br>Priority Automotive Huntersville, Inc.**,**<br><br>Defendant(s). | JUDGMENT IN CASE<br><br>3:20-cv-00318-DSC |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 8, 2021 Order.

July 8, 2021

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court