# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

KENNETH ROBINSON and
CHRISTOPHER HALL,

     Plaintiffs,

v.

PRIORITY AUTOMOTIVE
HUNTERSVILLE, INC. d/b/a PRIORITY
HONDA HUNTERSVILLE,

and

JAMES BECKLEY,

     Defendants.

Case No.: **3:20-cv-00318**

## DECLARATION OF LEAH M. STIEGLER, ESQ.
## IN SUPPORT OF PRIORITY'S BILL OF COSTS

I, Leah M. Stiegler, Esq., being over the age of eighteen years, hereby declare under penalty of perjury as follows:

1. I am an attorney with the law firm of Woods Rogers PLC. I am an attorney of record in the above-captioned case for Defendant Priority Automotive Huntersville, Inc. d/b/a Priority Honda Huntersville ("Priority"). The Court entered judgment in favor of Priority against Plaintiffs on July 8, 2021. (ECF No. 49).

2. Plaintiffs are former employees of Priority. In their Second Amended Complaint, Plaintiffs each filed seven causes of action against Priority. (ECF No. 30). Many of these causes of action had multiple avenues for relief, such as discrimination, harassment, and retaliation. Plaintiffs included both federal and state causes of action. Priority defended all claims in full, filing a global summary judgment motion, and was awarded judgment, prevailing on all claims.

3. Priority incurred costs in defending this case. The costs Priority seeks to collect are summarized on the corresponding Bill of Costs. I have reviewed the invoices associated with the costs Priority incurred. I affirm that the items claimed in Priority's Bill of Costs are correct

and accurate costs contained therein and were necessarily incurred in this action and are reasonable under the circumstances of this litigation. Likewise, the services for which fees were charged were actually and necessarily performed and were essential to defending Plaintiffs' claims. Invoices associated with these costs are incorporated as **Exhibit 1.**

**I declare under penalty of perjury, and pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.**

Executed on the 22 day of July, 2021:

_____
Leah M. Stiegler

# EXHIBIT 1



**Huseby.com**

Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

# I N V O I C E

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 660741 | 3/3/2021 | 327003 |
| **Job Date** | **Case No.** | |
| 2/17/2021 | 3:20-cv-00318 | |
| **Case Name** | | |
| Kenneth Robinson, et al. vs. Priority Automotive Huntersville, Inc., et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

King Tower, Esq.
Woods Rogers PLC
PO Box 14125
Roanoke, VA 24038

ORIGINAL TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Kenneth Robinson | 294.00 Pages | @ | 3.500 | 1,029.00 |
| Exhibit | 120.00 Pages | @ | 0.250 | 30.00 |
| Full Day Per Diem | 1.00 | @ | 160.000 | 160.00 |
| Print/Bind/Package/Shipping | 1.00 | @ | 45.000 | 45.00 |
| **TOTAL DUE  >>>** | | | | **$1,264.00** |

Location of Job : All parties appearing remotely
Charlotte , NC 28202

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com. Click the "Make a Payment" button located at the top of the page. If you prefer to complete the attached credit card form, please scan and email the completed form to: AR@huseby.com. Please DO NOT MAIL the credit card information to the P O Box 6180, Hermitage, PA 16148.

Schedule with us anywhere nationally today!  To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

**Tax ID:** 31-1763752

*Please detach bottom portion and return with payment.*

King Tower, Esq.
Woods Rogers PLC
PO Box 14125
Roanoke, VA 24038

| | | | |
|---|---|---|---|
| Job No. | : 327003 | BU ID | : 1-MAIN |
| Case No. | : 3:20-cv-00318 | | |
| Case Name | : Kenneth Robinson, et al. vs. Priority Automotive Huntersville, Inc., et al. | | |
| Invoice No. | : 660741 | Invoice Date | : 3/3/2021 |
| **Total Due** | : **$1,264.00** | | |

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Huseby Global Litigation**
**P.O. Box 6180**
**Hermitage, PA 16148-0922**



Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

# **I N V O I C E**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 660951 | 3/3/2021 | 327006 |
| **Job Date** | **Case No.** | |
| 2/17/2021 | 3:20-cv-00318 | |
| **Case Name** | | |
| Kenneth Robinson, et al. vs. Priority Automotive Huntersville, Inc., et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

King Tower, Esq.
Woods Rogers PLC
PO Box 14125
Roanoke, VA 24038

Video Services
    Kenneth Robinson
        Video Services      8.00    @    125.000    1,000.00

        **TOTAL DUE  >>>**      **$1,000.00**

Location of Job  : All parties appearing remotely
           Charlotte , NC 28202

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com. Click the "Make a Payment" button located at the top of the page. If you prefer to complete the attached credit card form, please scan and email the completed form to: AR@huseby.com. Please DO NOT MAIL the credit card information to the P O Box 6180, Hermitage, PA 16148.

Schedule with us anywhere nationally today! To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

**Tax ID:** 31-1763752

*Please detach bottom portion and return with payment.*

King Tower, Esq.
Woods Rogers PLC
PO Box 14125
Roanoke, VA 24038

| | | | |
|---|---|---|---|
| Job No. | : 327006 | BU ID | : 1-MAIN |
| Case No. | : 3:20-cv-00318 | | |
| Case Name | : Kenneth Robinson, et al. vs. Priority Automotive Huntersville, Inc., et al. | | |
| Invoice No. | : 660951 | Invoice Date | : 3/3/2021 |
| **Total Due** | : **$1,000.00** | | |

**PAYMENT WITH CREDIT CARD**    AMEX   MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:          Phone#:
Billing Address:
Zip:          Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Huseby Global Litigation**
          **P.O. Box 6180**
          **Hermitage, PA 16148-0922**

 **NOVANT HEALTH**

FULFILLED

# Redaction

Date: 5/7/21

To: Woods Rogers Plc: King F. Tower
P.O. Box 14125
Roanoke VA 24011

Re: Medical Records Request for Hall, Christopher Donnell

Release ID: Redaction

This is a follow-up to your request for the medical records of the above patient. We processed your request and attached an invoice in the amount of 107.00. We would appreciate your prompt payment upon receipt of this 3rd notice. Nonpayment within 30 days of this invoice could result in the account being forwarded to collections.

We now accept credit card payments for your convenience. Please contact our Customer Service team to make a payment over the phone. If mailing a check or money order, please ensure it is mailed to the address located on the bottom of this invoice, rather than directly to the practice or hospital.

Thank you,

Novant Health Release of Information
Customer Service: (844) 763-9163

---

PLEASE DETACH AND MAIL WITH PAYMENT

Patient: Christopher Donnell Hall
Requested by: Woods Rogers Plc
Release ID: Redaction
Invoice Number: 1155735
Total Amount Due: $107.00

Please mail check or money order to:
Novant Health Release of Information-Payments
P.O. Box 11549
Winston Salem, NC 27116



**Huseby.com**

Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC  28208
Questions? Call (800) 333-2082

# I N V O I C E

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 660757 | 3/10/2021 | 327004 |
| **Job Date** | **Case No.** | |
| 2/18/2021 | 3:20-cv-00318 | |
| **Case Name** | | |
| Kenneth Robinson, et al. vs. Priority Automotive Huntersville, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

King Tower, Esq.
Woods Rogers PLC
PO Box 14125
Roanoke, VA 24038

ORIGINAL TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Christopher Hall | 244.00 | Pages | @ | 3.500 | 854.00 |
| Exhibit | 238.00 | Pages | @ | 0.250 | 59.50 |
| Full Day Per Diem | 1.00 | | @ | 160.000 | 160.00 |
| Print/Bind/Package/Shipping | 1.00 | | @ | 45.000 | 45.00 |
| | | **TOTAL DUE  >>>** | | | **$1,118.50** |

Location of Job    : All parties appearing remotely
Charlotte , NC 28202

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com.  Click the "Make a Payment" button located at the top of the page. If you prefer to complete the attached credit card form, please scan and email the completed form to: AR@huseby.com. Please DO NOT MAIL the credit card information to the P O Box 6180, Hermitage, PA 16148.

Schedule with us anywhere nationally today!  To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

**Tax ID:** 31-1763752

*Please detach bottom portion and return with payment.*

King Tower, Esq.
Woods Rogers PLC
PO Box 14125
Roanoke, VA 24038

| | | | |
|---|---|---|---|
| Job No. | : 327004 | BU ID | : 1-MAIN |
| Case No. | : 3:20-cv-00318 | | |
| Case Name | : Kenneth Robinson, et al. vs. Priority Automotive Huntersville, Inc. | | |
| Invoice No. | : 660757 | Invoice Date | : 3/10/2021 |
| **Total Due** | : **$1,118.50** | | |

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                          Phone#:
Billing Address:
Zip:                          Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Huseby Global Litigation**
**P.O. Box 6180**
**Hermitage, PA 16148-0922**



**Huseby.com**

Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

# I N V O I C E

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 661395 | 3/10/2021 | 327352 |
| **Job Date** | **Case No.** | |
| 2/23/2021 | 3:20-cv-00318 | |
| **Case Name** | | |
| Kenneth Robinson, et al. vs. Priority Automotive Huntersville, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

King Tower, Esq.
Woods Rogers PLC
PO Box 14125
Roanoke, VA 24038

---

1 COPY OF TRANSCRIPT OF:

James Beckley

| | | | |
|---|---|---|---|
| 187.00 Pages | @ | 2.950 | 551.65 |
| **TOTAL DUE   >>>** | | | **$551.65** |

Location of Job   : Web Conference All Parties Joining Remotely
Charlotte, NC 28277

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com.  Click the "Make a Payment" button located at the top of the page. If you prefer to complete the attached credit card form, please scan and email the completed form to: AR@huseby.com. Please DO NOT MAIL the credit card information to the P O Box 6180, Hermitage, PA 16148.

Schedule with us anywhere nationally today!  To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

| | |
|---|---|
| **( - ) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$551.65** |

---

**Tax ID:** 31-1763752

*Please detach bottom portion and return with payment.*

King Tower, Esq.
Woods Rogers PLC
PO Box 14125
Roanoke, VA 24038

| | | | |
|---|---|---|---|
| Job No. | : 327352 | BU ID | : 1-MAIN |
| Case No. | : 3:20-cv-00318 | | |
| Case Name | : Kenneth Robinson, et al. vs. Priority Automotive Huntersville, Inc. | | |
| Invoice No. | : 661395 | Invoice Date | : 3/10/2021 |
| **Total Due** | : **$551.65** | | |

**PAYMENT WITH CREDIT CARD**    AMEX   MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:                     Phone#:
Billing Address:
Zip:                   Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Huseby Global Litigation**
**P.O. Box 6180**
**Hermitage, PA 16148-0922**



**Huseby**.com

Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

# I N V O I C E

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 661914 | 3/10/2021 | 327007 |
| **Job Date** | **Case No.** | |
| 2/18/2021 | 3:20-cv-00318 | |
| **Case Name** | | |
| Kenneth Robinson, et al. vs. Priority Automotive Huntersville, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

King Tower, Esq.
Woods Rogers PLC
PO Box 14125
Roanoke, VA 24038

Video Services
    Christopher Hall

| | | | | |
|---|---|---|---|---|
| Video Services | 5.00 | @ | 125.000 | 625.00 |

**TOTAL DUE  >>>**                    **$625.00**

Location of Job    : All parties appearing remotely
        Charlotte , NC 28202

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com.  Click the "Make a Payment" button located at the top of the page. If you prefer to complete the attached credit card form, please scan and email the completed form to: AR@huseby.com. Please DO NOT MAIL the credit card information to the P O Box 6180, Hermitage, PA 16148.

Schedule with us anywhere nationally today!  To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

**Tax ID:** 31-1763752

*Please detach bottom portion and return with payment.*

King Tower, Esq.
Woods Rogers PLC
PO Box 14125
Roanoke, VA 24038

| | |
|---|---|
| Job No. : 327007 | BU ID : 1-MAIN |
| Case No. : 3:20-cv-00318 | |
| Case Name : Kenneth Robinson, et al. vs. Priority Automotive Huntersville, Inc. | |
| Invoice No. : 661914 | Invoice Date : 3/10/2021 |
| **Total Due** : **$625.00** | |

Remit To: **Huseby Global Litigation**
       **P.O. Box 6180**
       **Hermitage, PA 16148-0922**

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:



Corporate Headquarters
1230 West Morehead St, Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

# I N V O I C E

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 662182 | 3/16/2021 | 327357 |
| **Job Date** | **Case No.** | |
| 2/24/2021 | 3:20-cv-00318 | |
| **Case Name** | | |
| Kenneth Robinson, et al. vs. Priority Automotive Huntersville, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

King Tower, Esq.
Woods Rogers PLC
PO Box 14125
Roanoke, VA 24038

1 COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Diane Ulmer | 152.00 Pages | @ | 2.950 | 448.40 |
| Huseby Connect Webconferencing | 4.00 | @ | 100.000 | 400.00 |

1 COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Stacy Cummings | 92.00 Pages | @ | 2.950 | 271.40 |
| Huseby Connect Webconferencing | 2.50 | @ | 100.000 | 250.00 |

**TOTAL DUE   >>>**                    **$1,369.80**

Location of Job  : REMOTE
All Parties Remote - Witness in Virginia
Roanoke, VA 24011

**Tax ID:** 31-1763752

*Please detach bottom portion and return with payment.*

King Tower, Esq.
Woods Rogers PLC
PO Box 14125
Roanoke, VA 24038

| | | | |
|---|---|---|---|
| Job No. | : 327357 | BU ID | : CVR |
| Case No. | : 3:20-cv-00318 | | |
| Case Name | : Kenneth Robinson, et al. vs. Priority Automotive Huntersville, Inc. | | |
| Invoice No. | : 662182 | Invoice Date | : 3/16/2021 |
| **Total Due** | : **$1,369.80** | | |

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To: **Huseby Global Litigation**
**P.O. Box 6180**
**Hermitage, PA 16148-0922**



Corporate Headquarters
1230 West Morehead St, Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 662182 | 3/16/2021 | 327357 |
| **Job Date** | **Case No.** | |
| 2/24/2021 | 3:20-cv-00318 | |
| **Case Name** | | |
| Kenneth Robinson, et al. vs. Priority Automotive Huntersville, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

King Tower, Esq.
Woods Rogers PLC
PO Box 14125
Roanoke, VA 24038

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com.  Click the "Make a Payment" button located at the top of the page. If you prefer to complete the attached credit card form, please scan and email the completed form to: AR@huseby.com. Please DO NOT MAIL the credit card information to the P O Box 6180, Hermitage, PA 16148.

Schedule with us anywhere nationally today!  To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

| | |
|---|---|
| **( - ) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$1,369.80** |

**Tax ID:** 31-1763752

*Please detach bottom portion and return with payment.*

King Tower, Esq.
Woods Rogers PLC
PO Box 14125
Roanoke, VA 24038

| Job No. | : 327357 | BU ID | : CVR |
|---|---|---|---|
| Case No. | : 3:20-cv-00318 | | |
| Case Name | : Kenneth Robinson, et al. vs. Priority Automotive Huntersville, Inc. | | |
| Invoice No. | : 662182 | Invoice Date | : 3/16/2021 |
| **Total Due** | : **$1,369.80** | | |

Remit To: **Huseby Global Litigation**
**P.O. Box 6180**
**Hermitage, PA 16148-0922**

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:



Corporate Headquarters
1230 West Morehead St, Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

# I N V O I C E

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 664095 | 3/24/2021 | 327357 |
| **Job Date** | **Case No.** | |
| 2/24/2021 | 3:20-cv-00318 | |
| **Case Name** | | |
| Kenneth Robinson, et al. vs. Priority Automotive Huntersville, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

King Tower, Esq.
Woods Rogers PLC
PO Box 14125
Roanoke, VA 24038

---

Diane Ulmer - Exhibits Only

| Exhibit | | 16.00 | Pages | @ | 0.250 | 25.00 |
|---|---|---|---|---|---|---|
| | | **TOTAL DUE >>>** | | | | **$25.00** |

Location of Job  : REMOTE
All Parties Remote - Witness in Virginia
Roanoke, VA 24011

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com.  Click the "Make a Payment" button located at the top of the page. If you prefer to complete the attached credit card form, please scan and email the completed form to: AR@huseby.com. Please DO NOT MAIL the credit card information to the P O Box 6180, Hermitage, PA 16148.

Schedule with us anywhere nationally today!  To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |

---

**Tax ID:** 31-1763752

*Please detach bottom portion and return with payment.*

King Tower, Esq.
Woods Rogers PLC
PO Box 14125
Roanoke, VA 24038

| Job No. | : 327357 | BU ID | : CVR |
|---|---|---|---|
| Case No. | : 3:20-cv-00318 | | |
| Case Name | : Kenneth Robinson, et al. vs. Priority Automotive Huntersville, Inc. | | |
| Invoice No. | : 664095 | Invoice Date | : 3/24/2021 |
| **Total Due** | : **$25.00** | | |

Remit To: **Huseby Global Litigation**
**P.O. Box 6180**
**Hermitage, PA 16148-0922**

**PAYMENT WITH CREDIT CARD**    AMEX   MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:                          Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:



Corporate Headquarters
1230 West Morehead St, Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 664095 | 3/24/2021 | 327357 |
| **Job Date** | **Case No.** | |
| 2/24/2021 | 3:20-cv-00318 | |
| **Case Name** | | |
| Kenneth Robinson, et al. vs. Priority Automotive Huntersville, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

King Tower, Esq.
Woods Rogers PLC
PO Box 14125
Roanoke, VA 24038

**(=) New Balance:** **$25.00**

**Tax ID:** 31-1763752

*Please detach bottom portion and return with payment.*

King Tower, Esq.
Woods Rogers PLC
PO Box 14125
Roanoke, VA 24038

| | | | | |
|---|---|---|---|---|
| Job No. | : 327357 | BU ID | : CVR | |
| Case No. | : 3:20-cv-00318 | | | |
| Case Name | : Kenneth Robinson, et al. vs. Priority Automotive Huntersville, Inc. | | | |
| Invoice No. | : 664095 | Invoice Date | : 3/24/2021 | |
| **Total Due** | : **$25.00** | | | |

Remit To: **Huseby Global Litigation**
**P.O. Box 6180**
**Hermitage, PA 16148-0922**

**PAYMENT WITH CREDIT CARD**      AMEX   MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                  Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

JM Field Services

# Invoice

6325 FALLS OF NEUSE RD 35-347
Raleigh NC 27615

| Date | Invoice # |
|---|---|
| 2/21/2021 | 12090 |

| Bill To |
|---|
| Woods Rogers PLC<br>10 S. Jefferson Street, Suite 1400<br>Roanoke, VA 24011 |

| Description | Amount |
|---|---|
| Kyle Vasquez -Rush | 100.00 |
| Grace-Mars Services Inc. 1st address | 75.00 |
| Grace-Mars Services Inc -2nd address | 75.00 |
| Hendrick BMW | 75.00 |
| Gastonia Mazda | 75.00 |
|  | 0.00 |
| Novant Health Lakeside Family Physicians | 75.00 |
| Keefer Hyundia | 75.00 |
| Scott Clark Honda | 75.00 |
| Ben Mynatt Buick GMC, Inc | 75.00 |
| Keefer Mazda | 75.00 |
| Keefer Mazda- 2nd paper same address | 25.00 |

| **Total** | $800.00 |
|---|---|



# I N V O I C E

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 393835 | 3/31/2021 | 355029 |
| **Job Date** | **Case No.** | |
| 3/18/2021 | 3:20-CV-00318 | |
| **Case Name** | | |
| Robinson/Hall -v- Priority Automotive, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Michael P. Gardner, Esquire
Woods Rogers, PLC
10 South Jefferson Street
Suite 1400
Roanoke, VA 24011-1319

---

EXPEDITED TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Kyle G. A. Vasquez | 168.00 | Pages | 1,470.00 |
| Attendance | 1.00 | | 195.00 |
| Exhibits | 35.00 | Pages | 14.00 |
| Conference Room(s) | 1.00 | | 240.00 |
| Laptop Rental | 1.00 | | 285.00 |

**TOTAL DUE >>>**      **$2,204.00**

AFTER 4/30/2021 PAY      $2,314.20

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Redaction
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

---

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Michael P. Gardner, Esquire
Woods Rogers, PLC
10 South Jefferson Street
Suite 1400
Roanoke, VA 24011-1319

Invoice No.    : 393835
Invoice Date   : 3/31/2021
**Total Due**     : **$2,204.00**
AFTER 4/30/2021 PAY $2,314.20

Remit To: **Planet Depos, LLC**
               **P.O. BOX 69136**
               **Baltimore, MD 21264-9136**

Job No.        : 355029
BU ID          : 23-SoVa-R
Case No.       : 3:20-CV-00318
Case Name     : Robinson/Hall -v- Priority Automotive, et al.

# I N V O I C E



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 394112 | 3/31/2021 | 355030 |
| **Job Date** | **Case No.** | |
| 3/18/2021 | 3:20-CV-00318 | |
| **Case Name** | | |
| Robinson/Hall -v- Priority Automotive, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Michael P. Gardner, Esquire
Woods Rogers, PLC
10 South Jefferson Street
Suite 1400
Roanoke, VA 24011-1319

---

VIDEOCONFERENCING SERVICES:

MVC - Kyle G. A. Vasquez

| | | |
|---|---|---|
| Mobile Videoconference - 2 Hour Minimum | 1.00 | 295.00 |
| Mobile Videoconference - Subsequent Hour(s) | 1.50  Hours | 148.50 |
| **TOTAL DUE  >>>** | | **$443.50** |
| AFTER 4/30/2021  PAY | | $465.68 |

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Redaction
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

---

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Michael P. Gardner, Esquire
Woods Rogers, PLC
10 South Jefferson Street
Suite 1400
Roanoke, VA 24011-1319

| | | |
|---|---|---|
| Invoice No. | : 394112 | |
| Invoice Date | : 3/31/2021 | |
| **Total Due** | : **$443.50** | |
| AFTER 4/30/2021  PAY  $465.68 | | |

Remit To: **Planet Depos, LLC**
**P.O. BOX 69136**
**Baltimore, MD 21264-9136**

| | |
|---|---|
| Job No. | : 355030 |
| BU ID | : 28-MVC |
| Case No. | : 3:20-CV-00318 |
| Case Name | : Robinson/Hall -v- Priority Automotive, et al. |