# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

KENNETH ROBINSON, et al.,    )
        Plaintiffs,    )
            )
v.    )      Civil Case No. 3:20-cv-318-DSC
            )
PRIORITY AUTOMOTIVE    )
HUNTERSVILLE, INC., et al.,    )
        Defendants.    )

## <u>CLERK'S NOTICE REGARDING BILL OF COSTS</u>

The matter is before the Clerk on a Bill of Costs filed by Defendant Priority Automotive Huntersville, Inc. (Doc. 51) and a Bill of Costs filed by Defendant James Beckley (Doc. 52).

Local Civil Rule 54.1(a) provides as follows with respect to the filing of a Bill of Costs:

> A prevailing party may request the Clerk of Court to tax allowable costs, other than attorney fees, in a civil action as a part of a judgment or decree by filing a bill of costs on a form available from the Clerk of Court, within thirty (30) days **after**:
> (1) The expiration of time allowed for appeal of a final judgment or decree; or
> (2) Receipt by the Clerk of Court of the mandate or other order terminating the action on appeal.

LCvR 54.1(a) (emphasis added).

A review of the record reflects that Plaintiffs filed a timely appeal in this case on August 2, 2021 (Doc. 53). Accordingly, given that an appeal is now pending in the Court of Appeals for the Fourth Circuit, Defendants' Bills of Costs (Docs. 51 and 52) are hereby **DENIED AS PREMATURE**, without prejudice to any prevailing party's right to file a Bill of Costs within the time prescribed in Local Civil Rule 54.1(a)(2).

Signed: August 9, 2021

_____

Frank G. Johns, Clerk
United States District Court