**CERTIFICATION OF ADR SESSION**

**KENNETH ROBINSON and**
**CHRISTOPHER HALL,**

      **PLAINTIFFS,**

**v.**                             **CASE NO: 3:20-cv-00318-SCR**

**PRIORITY HONDA d/b/a PRIORITY HONDA**
**HUNTERSVILLE and JAMES BECKLEY**

      **DEFENDANTS.**

      I hereby certify that the parties have held an Alternate Dispute Resolution session on October 11, 2023.

      The ADR session was:

     __X__  Mediation Session
     _____  Early Neutral Evaluation Session
     _____  Settlement Offer
     _____  Other (Describe type of session.) _____

_____

_____ .

      The following individuals, parties, corporate representatives, and or claims professionals attended and were available to participate in the session, and the appropriate individuals possessed the requisite settlement authority:

     __X__  All individual parties and their counsel
     __X__  Designated corporate representatives
     _____  Required claims professionals
     _____  Other:

The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or failed to participate as ordered:

_____
_____
_____
_____

The outcome of the ADR session was:

__X__ **The case has been completely settled.** Counsel will promptly file a stipulation of voluntary dismissal with prejudice upon all parties executing a final settlement and release agreement.

_____ **The case has been partially resolved.** Counsel will file a joint stipulation regarding those claims which have been resolved within ten (10) days of the filing of this report. The report shall also contain a brief summary of the issues which remain for the Court to resolve.

_____ **The parties have reached an impasse.**

I certify that the above is a true and accurate report of the result of the ADR process and that all parties of record have received a copy of this report.

____Kenneth P. Carlson, Jr.____                                    _10/13/23_
Name of Mediator                                                         Date

**s/Kenneth P. Carlson, Jr.**
Signature of Mediator